73 A.3d 522

**Daryl LOCKE, Petitioner**

v.

**Jon FISHER, Respondent.**

**No. 74 EM 2013.**

Supreme Court of Pennsylvania.

July 31, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of July, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**